G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiffs,
ANDREW and MICHELLE THOMAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW THOMAS and MICHELLE THOMAS, <br><br> Plaintiff, <br><br> vs. <br><br> OCWEN LOAN SERVICING, LLC; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 4:14-cv-01711-JSW <br><br> **NOTICE OF SETTLEMENT** |

  Plaintiffs, ANDREW and MICHELLE THOMAS, by and through their attorney, informs this Honorable Court that Plaintiffs have settled their case with Defendant, OCWEN LOAN SERVICING, LLC. The parties are in the process of finalizing settlement, and Plaintiffs anticipate the settlement will be finalized in 40 days. Plaintiffs respectfully request that this Honorable Court vacate all dates

///

///

///

1 currently set on calendar for this case.

2

3 Respectfully submitted this 19th day of July, 2014,

4

5 **PRICE LAW GROUP APC**

6

7 By: /s/ G. Thomas Martin, III

8 G. Thomas Martin, III
Attorney for Plaintiff