# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW THOMAS and MICHELLE THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; and DOES 1 to 10, inclusive,<br><br>    Defendants. | **Case No. 4:14-cv-01711-JSW**<br><br>**Honorable Jeffrey S. White**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT** AND VACATING CASE MANAGEMENT CONFERENCE |

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs, ANDREW THOMAS and MICHELLE THOMAS, against Defendants OCWEN LOAN SERVICING, LLC; and DOES 1 to 10, inclusive, are dismissed, with prejudice. Plaintiffs, ANDREW THOMAS and MICHELLE THOMAS, and Defendant, OCWEN LOAN SERVICING, LLC, shall each bear their own costs and attorneys' fees. The case management conference scheduled for July 25, 2014 at 11:00 a.m. is VACATED.

IT IS SO ORDERED.

DATED: July 24, 2014

_____
District Court Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE